IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD C. AMMONS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-18-265-M |
| | ) | |
| JOHN B. FOX, Warden, | ) | |
| FTC Oklahoma City, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On April 6, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's application for leave to proceed in forma pauperis be denied and that he be ordered to prepay the full $5 filing fee for this action to proceed. The Magistrate Judge further recommended that this action be dismissed without prejudice to refiling unless petitioner pays the $5 filing fee in full to the Clerk of the Court within twenty (20) days of any order adopting the Report and Recommendation. Petitioner was advised of his right to object to the Report and Recommendation by April 27, 2018. A review of the file reveals that no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on April 6, 2018,

(2) DENIES petitioner's Application for Leave to Proceed in Forma Pauperis [docket no. 5], and

(3) ORDERS petitioner to pay the $5 filing fee in full to the Clerk of the Court within twenty (20) days of the date of this Order. The Court would advise petitioner that if he does not pay the $5 filing fee by this deadline, this action will be dismissed without prejudice.

**IT IS SO ORDERED this 4th day of May, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE