IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD C. AMMONS, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | NO. CIV-18-0265-HE-M |
| JOHN B. FOX, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

In this action, petitioner, a pro se federal inmate, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the calculation of his federal sentence by the Bureau of Prisons. On October 11, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that petitioner's habeas relief be denied and that respondent's motion to dismiss be granted. The parties were advised of their right to object to the Report and Recommendation by November 1, 2018.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #16] and **GRANTS** respondent's motion to dismiss [Doc. #15].

**IT IS SO ORDERED.**

Dated this 29th day of November, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE